**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| MARK RICHARD DRESSLER, | )    CASE NO. 08-13837 |
| RHONDA MARIE DRESSLER, | )    Chapter 7 |
| DEBTOR(S). | ) |

# NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| CREDITOR | ADDRESS | DIVIDEND |
|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank | Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | $4.85 |
| | Total | $4.85 |

**WHEREFORE**, Trustee is depositing the total sum of $4.85 with the Clerk of the U.S.

Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: January 18, 2010**

         **Respectfully submitted,**

         **CHAPTER 7 TRUSTEE**
         **444 EAST MAIN STREET**
         **FORT WAYNE, INDIANA 46802**
         **TELEPHONE: (260) 426-0444**
         **FAX: (260) 422-0274**
         **EMAIL: mseifert@hallercolvin.com**

         **BY: /s/ Martin E. Seifert**
           **MARTIN E. SEIFERT**
           **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 18th day of January, 2010, to:

Steven J. Glaser, Esq.
Lincoln Tower, Suite 1900
116 E. Berry St.
Fort Wayne, IN 46802

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

PYOD LLC its successors and assigns
  as assignee of Citibank
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

/s/ Martin E. Seifert
**MARTIN E. SEIFERT**

R:\BMSW\quikdocs\08-13837\Notice of Small Dividends-1-bb.wpd